IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

IVAN QUINTERO JIMENEZ,

        Defendant.
_____/

CIV. NO. S-11-1866 EJG
CR. NO. S-08-0420 EJG

ORDER DENYING REQUEST FOR
CERTIFICATE OF APPEALABILITY

Defendant, a federal prisoner proceeding pro se, has filed an appeal from this court's September 30, 2011 order denying his motion to vacate, set aside or correct his sentence. Through administrative oversight, the order was not served on defendant until March 30, 2012, thus his notice of appeal, filed April 23, 2012, is timely. He has also filed a request for a certificate of appealability, which certificate must be issued before defendant can appeal the decision. See Fed. R. App. P. 22(b). Such certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate

1

of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b)(1).

For all of the reasons stated in the court's September 30, 2011 order, defendant has not made a substantial showing of the denial of a constitutional right.  Accordingly, the motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: April 24, 2012                /s/ Edward J. Garcia

_____
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT