IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. S-08-0420 EJG

    v.                  <u>ORDER DIRECTING UNITED STATES TO FILE RESPONSE</u>

IVAN QUINTERO JIMENEZ,

        Defendant.

_____/

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed a motion for return of property, pursuant to Federal Rule of Criminal Procedure 41(g), seeking a cell phone and $1,367 in currency. The government is directed to file a response to the motion within 30 days of the filing of this order. Defendant may file a reply within 30 days after service of the government's response. The matter will stand submitted upon receipt of the final brief.

    IT IS SO ORDERED.

Dated: September 21 , 2012

                              /s/ Edward J. Garcia
                              U. S. DISTRICT JUDGE