IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

IVAN QUINTERO JIMENEZ,

        Defendant.
_____/

CR. NO. S-08-0420 EJG

ORDER GRANTING EXTENSION OF TIME

    The government's motion for an extension of time in which to respond to defendant's motion for return of property is GRANTED. The response shall be filed and served no later than November 7, 2012. Defendant's reply, if any, shall be filed and served no later than December 7, 2012.

    IT IS SO ORDERED.

Dated: October 23, 2012

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT