UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                            NO. 2:08-CR-0420 WBS

IVAN QUINTERO-JIMENEZ,

                                   ORDER

        Defendant.

----oo0oo----

        Defendant Ivan Quintero-Jimenez's request for the return of his Motorola cellular telephone is hereby GRANTED; however, his motion for the return of the $1,367.00 in United States currency also seized on September 4, 2008, is hereby DENIED for the reason that such currency was seized and retained by local law enforcement and has since been lawfully forfeited by the State of California.

        IT IS SO ORDERED.

DATED: January 2, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1